**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000620**
**30-APR-2018**
**01:50 PM**

NOS. CAAP-14-0001322 AND CAAP-16-0000620

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CAAP-14-0001322

CAPITAL ONE N.A.,
Plaintiff/Counterclaim-Defendant/Appellee,
v.
GEORGE P. KLIKA aka GEORGE KLIKA,
Defendant/Counterclaim-Plaintiff/Appellant,
and
UNITED STATES OF AMERICA, Defendant-Appellee

---

GEORGE P. KLIKA, aka GEORGE KLIKA,
Third-Party Plaintiff/Appellant,
v.
ASSURANT, INC. and VOYAGER INDEMNITY INSURANCE COMPANY,
Third-Party Defendants/Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 13-1-575K)

AND

CAAP-16-0000620

CAPITAL ONE N.A.,
Plaintiff/Counterclaim-Defendant/Appellee,
v.
GEORGE P. KLIKA aka GEORGE KLIKA,
Defendant/Counterclaim-Plaintiff/Appellant,
and
UNITED STATES OF AMERICA, Defendant-Appellee

---

GEORGE P. KLIKA, aka GEORGE KLIKA,
Third-Party Plaintiff/Appellant,
v.

ASSURANT, INC. and VOYAGER INDEMNITY INSURANCE COMPANY,
Third-Party Defendants/Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 13-1-575K)


ORDER OF CORRECTION
(By: Ginoza, C.J. for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order filed on April 30, 2018, is hereby corrected as follows:

1.  At page 1, the consolidated CAAP numbers should read:

NOS. CAAP-14-0001322 AND CAAP-16-0000620

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, April 30, 2018.

FOR THE COURT:

*Lisa W. Ginoza* (signature)
Chief Judge

---

[1]  Ginoza, C.J., Fujise and Chan, JJ.